UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Kimberly Boone | : Chapter 13 |
| | : |
| Debtor | : Case No.: 18-15468 |

## ORDER GRANTING DEBTOR'S MOTION FOR SPECIFIC RELIEF FROM THE AUTOMATIC STAY TO PROCEED IN DIVORCE PERSUANT TO 11 U.S.C. § 362

AND NOW, this _____ day of _____, 2019 upon consideration of the Motion of Kimberly Boone for Specific Relief from the Automatic Stay, it is hereby:

ORDERED and DECREED that the filing of the above captioned matter was done in good faith and the matter of Zeridian Rochelle v. Kimberly Boone shall proceed in the Philadelphia Court of Common Pleas. The automatic stay shall be continued indefinitely as to all other creditors;

FURTHER ORDERED:

_____
                                                           J.