## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       **KIMBERLY BOONE**          :          **Chapter 13**
                                          :
                 **Debtor**               :          **Bky. No.  18-15468 ELF**

# O R D E R

     **AND NOW,** upon consideration of Debtor's Motion for Relief from the Automatic Stay.

and there being no response thereto, and after notice and hearing,

     It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor and his spouse, Zeradian Rochelle, are **GRANTED** relief from the automatic stay

    to proceed with respect to all issues in their divorce case in the Court of Common Pleas,

    Philadelphia, County, at April Term 2018, No. 8402.


Date:  **April 2, 2019**          _____
                                  **ERIC L. FRANK**
                                  **U.S. BANKRUPTCY JUDGE**